**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MARIE SALTS, M.D.O.C. No. 118900**                                                 **PETITIONER**

**VERSUS**                                                            **CIVIL ACTION NO. 1:08CV182-P-D**

**CHRISTOPHER EPPS, Commissioner,
Mississippi Department of Corrections and
JIM HOOD, Attorney General for the
State of Mississippi**                              **RESPONDENTS**

**CONSOLIDATED WITH**

**MICHAEL SALTS, M.D.O.C. No. M1543**                             **PETITIONER**

**VERSUS**                                                            **CIVIL ACTION NO. 1:08CV183-P-D**

**CHRISTOPHER EPPS, Commissioner,
Mississippi Department of Corrections and
JIM HOOD, Attorney General for the
State of Mississippi**                              **RESPONDENTS**

## ORDER

This cause is before the Court on the respondents' Motion for Additional Time Within Which to File Objections to Report and Recommendation [23] and the petitioners' corresponding Motion to Deny Respondents' Request for Additional Time and to Strike the Objections as Untimely [25]. The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

That the respondents' motion is well-taken and should be granted for the reasons articulated therein. The petitioners' motion is not well-taken and should be denied. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the respondents' Motion for Additional Time Within Which to File Objections to Report and Recommendation [23] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the petitioners' Motion to Deny Respondents' Request for Additional Time and to Strike the Objections as Untimely [25] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 29th day of July, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE